Marisol Conde-Hernandez, Esq.
NJ Attorney ID: 241772018
LAW OFFICE OF ERIC M. MARK
96 Summer Ave., Fl. 1
Newark, NJ 07104
Phone: 973-3036-4246
Email: marisolch@ericmarklaw.com
Attorney for Petitioner

October 30, 2026

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Cout
50 Walnut Street
Newark, NJ 07102
*Via ECF*

RE: ***Dorsainvil v. Blanche,*** **No. 26-cv-12452**
**Uncontested Request to Extend Motion Filing Date to Mon., Nov. 2, 2026**

Dear Judge Arleo,

On Wednesday, October 28, having seen and read my adversary's letter (ECF No. 9), I reached out to counsel asking if he'd consent to extending the deadline to file my motion challenging Petitioner's bond hearing. Attorney Coghlan graciously agreed to my request, having considered my recent health and personal issues that kept me from performing work.

I therefore ask the Court to kindly accept my forthcoming motion no later than this coming Monday at end of the business day.

Dated: October 30, 2026

/s/ Marisol Conde-Hernandez
Marisol Conde-Hernandez, Esq.
NJ Attorney ID: 241772018
LAW OFFICE OF ERIC M. MARK

CC: Assistant U.S. Attorney Thomas J. Coghlan, Counsel for Respondents (via ECF)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/2/26